THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jermaine
 Antonio Godard, Appellant.
 
 
 

Appeal From Aiken County
 Reginald I. Lloyd, Circuit Court Judge
Unpublished Opinion No.   2007-UP-407
Submitted October 1, 2007  Filed October
 4, 2007
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina Commission
 on Indigent Defense, of Columbia, for Appellant.
 Teresa A Knox, S.C. Dept. of Probation Parole & Pardon, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Appellant, Jermaine Antonio Godard, pled guilty to
 assault and battery of a high and aggravated nature and was sentenced to five
 years imprisonment, suspended to three years of probation.  Following a
 probation revocation hearing, the court revoked four years of Godards
 suspended sentence and terminated his probation.  Godards counsel attached to the brief a petition
 to be relieved as counsel, stating that she had reviewed the record and
 concluded this appeal lacks merit.  Godard did not file a separate pro se brief.  After a thorough review of the record pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
HEARN,
 CJ., HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.